# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Fathers & Daughters Nevada, LLC,

    *Plaintiff,*

v.

Does 1–10, anonymous users
participating in file-sharing swarm
identified by hash ending in DC8F,

    *Defendants.*

§
§
§
§
§
§
§
§
§
§
§

Case No. ___4:16-cv-01315_____

DECLARATION OF JOSHUA WYDE IN SUPPORT OF
PLAINTIFF'S *EX PARTE* MOTION FOR EXPEDITED
DISCOVERY

I, Joshua Wyde, declare:

1. I am over the age of 18, this declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

2. Fathers & Daughters Nevada, LLC ("F & D") has authorized Maverickeye UG ("Maverickeye"), a company organized and existing under the laws of Germany with its principal address at Heilbronner Strasse 150, 70191 Stuttgart, Germany, to surveil F & D's intellectual property within Peer-to-Peer networks, like BitTorrent, to identify, analyze, archive and document the distribution of the movie Fathers and Daughters ("Motion Picture").

WYDE DECLARATION

3.  I have reviewed the collected records and verified that the surveillance software identified the IP addresses listed in Exhibit 2 of the Complaint as distributing and making available a copy of the Motion Picture having the unique hash identifier

   6891D2D926CF288A517471D34419A95354D3DC8F

   at the listed date and times via a P2P network.

4.  Further, the identified IP addresses copying, distributing, and making available Plaintiff's Motion Picture geolocate as originating in what I understand is the Southern District of Texas.

5.  I confirmed that the file having the unique hash number given above is an actual copy of Plaintiff's Motion Picture through a visual inspection of the downloaded file.

6.  While the software has captured the IP addresses, I do not have any way to determine the names, residential addresses, e-mail addresses, or any other identifying information to locate the persons associated with the IP addresses.

Per 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   ___May 17, 2016___      ___Joshua Wyde___
                                       Joshua Wyde